UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAHL COOK,

    Petitioner,

v.

PATRICK NOGAN, et al.,

    Respondents.

Civ. No. 05-3916 (KM)

**MEMORANDUM AND ORDER**

Petitioner, Thomahl Cook, is a state prisoner proceeding with an amended habeas petition filed pursuant to 28 U.S.C. § 2254. On April 30, 2015, this Court ordered respondents to file an answer to the amended habeas petition within forty-five days. Having not received any response from respondents with respect to the April 30, 2015 Order, this Court issued an order to show cause on respondents on June 30, 2015 why the amended habeas petition should not be granted.

On July 14, 2015, respondents filed a response to the order to show cause. Respondents state that they did not receive the April 30, 2015 order at the time it was issued. Accordingly, they request until September 14, 2015 to file an answer to the amended habeas petition. Good cause being shown, respondents' request will be granted.

Accordingly, IT IS this 14th day of July, 2015,

ORDERED that respondents' request for an extension of time to file a response to the amended habeas petition is granted; and it is further

ORDERED that respondents shall file and serve their response to the amended habeas petition on or before September 14, 2015.

*/s/ Kevin McNulty*
KEVIN MCNULTY
United States District Judge